

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBBIN JAMES BUSCHER ) <br> ) <br> Defendant. ) | 2:05-CR-201-JCM-RJJ |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#19), sentencing having been imposed on November 18, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $3,878.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $7,159.00

Name of Payee: US BANK
Amount of Restitution: $2,296.00

Total Amount of Restitution ordered: $13,333.00

Dated this 20th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE