# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:05-CR-201 JCM (RJJ) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ROBBIN JAMES BUSCHER, | |
| Defendant(s). | |

Presently before the court is defendant Robbin Buscher's motion for appointment of counsel to assist with his motion to vacate under 28 U.S.C § 2255. (ECF No. 24).

Also before the court is defendant's motion for "waiver of attorney-client privilege and disclosure of information relevant to claims of ineffective assistance of counsel." (ECF No. 27).

As the court denied defendant's motion to vacate pursuant to § 2255, defendant's outstanding motions are moot. The court will deny the motions.

Accordingly,

IT IS SO ORDERED.

DATED April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**